**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**. Nacoe Ray BROWN, Defendant—
Appellant.**

**No. 12–6757.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2012.

Decided: July 3, 2012.

Nacoe Ray Brown, Appellant Pro Se. Barbara Slaymaker Sale, Assistant United States Attorney, Mark Walter Crooks, Stephen Schenning, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nacoe Ray Brown appeals the district court's order denying his post-judgment motion requesting discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Brown,* No. 1:01–cr–00377–JFM–1 (D.Md. Apr. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*